IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GALLUP MED FLIGHT, LLC,

    Plaintiff,

vs.                                                           Civ. No. 16-01197 KG/KBM

PHOENIX INSURANCE COMPANY

    Defendant.

## FINAL ORDER OF DISMISSAL

Having granted the Motion to Dismiss Without Prejudice (Doc. 39) by entering an Order (Doc. 45), and having granted the Motion for Attorneys' Fees, Costs, and Expenses (Doc. 47) by entering a Memorandum Opinion and Order (Doc. 51),

IT IS, HEREBY, ORDERED that this lawsuit is dismissed, in its entirety, without prejudice.

_____
UNITED STATES DISTRICT JUDGE